## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2972 Disciplinary Docket No. 3 |
| | : | |
| DANIEL GOLDSMITH RUGGIERO, | : | No. 60 DB 2023 |
| A/KA DANIEL G. RUGGIERO | : | |
| | : | (Massachusetts Supreme Judicial Court |
| | : | for Suffolk County, Docket No. BD-2023- |
| | : | 006) |
| | : | |
| | : | Attorney Registration No. 312849 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Daniel Goldsmith Ruggiero, a/k/a Daniel G. Ruggiero, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year and one day. He shall comply with the provisions of Pa.R.D.E. 217.